UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DIRECTV, INC.,

                                              ORDER
                    Plaintiff,

                                      03-CV-5561 (NGG)(KAM)
        -against-

CAIPHAS MURRAY,

                    Defendant.
----------------------------------------------------------------X

GARAUFIS, District Judge.

        On May 20, 2005 Magistrate Judge Kiyo Matsumoto issued a Report and

Recommendation ("R&R") in the above-captioned action recommending that the plaintiff be

awarded damages against the defendant Caiphas Murray ("defendant") in the amount of

$3,314.50, which includes statutory damages of $2,000.00 as well as attorneys' fees and costs of

$1,314.50.  Magistrate Matsumoto also recommended that the plaintiff's request for the entry of

a permanent injunction against the defendant be deemed withdrawn.  No objections to the R&R

have been timely filed.  This court has reviewed the R&R and is satisfied that there is no clear

error on the face of the record.   The Clerk of the Court is directed to enter judgment as set forth

by Magistrate Judge Matsumoto and as detailed above.



SO ORDERED.

Dated: June  10,  2005                          /s/ Nicholas G. Garaufis
        Brooklyn, N.Y.                         Nicholas G. Garaufis
                                               United States District Judge