UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIRECTV, INC.,

              Plaintiff,

-against-

CAIPHAS MURRAY,

              Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 5561 (NGG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 1 5 2005 ★
BROOKLYN OFFICE

       An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on June 15, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo Matsumoto, dated May 20, 2005; directing the Clerk of Court to enter judgment awarding damages against the defendant Caiphas Murray in the amount of $3,314.50, which includes statutory damages of $2,000.00 as well as attorneys' fees and costs of $1,314.50; and ordering that the plaintiff's request for the entry of a permanent injunction against the defendant be deemed withdrawn; it is

       ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Kiyo Matsumoto is adopted; that judgment is hereby entered in favor of plaintiff, Directv, Inc., and against defendant, Caiphas Murray, in the amount of $3,314.50, which includes statutory damages of $2,000.00 as well as attorneys' fees and costs of $1,314.50; and that plaintiff's request for the entry of a permanent injunction against the defendant be deemed withdrawn.

Dated: Brooklyn, New York
       June 15, 2005

                                                      ROBERT C. HEINEMANN
                                                  Clerk of Court